

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00027-CV

IN RE DAVID GLEN HARRIS                                    RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 096-262265-12

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

The court has also considered the three motions that relator filed with his petition for writ of mandamus, which include "Motion To Suspend The Rule For Proof Of Service," "Relator's Request That His Pleadings Be Held To A Less Stringent Standard," and "Relator's Motion To Compel Court Reporter To Provide Relator With Copy Of Record." The motions are denied.

---

[1]See Tex. R. App. P. 47.4, 52.8(d).

PER CURIAM

PANEL:  WALKER, GARDNER, and MEIER, JJ.

DELIVERED:  February 5, 2015